IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                  Case No. 07-10034-01-JTM

ACE A. ALDERSHOF,

    Defendant.

MEMORANDUM AND ORDER

This matter is before the court on defendant's Motion to Reduce Sentence (Dkt. 133). The court has reviewed the circumstances of the case, and finds that the motion should be stayed pending the outcome of defendant's pending Motion to Vacate under 28 U.S.C. 2255 (Dkt. 121).

IT IS ACCORDINGLY ORDERED this 28th day of September, 2016, that the defendant's Motion to Reduce Sentence (Dkt. 133) is hereby stayed.

                                                      _s/ J. Thomas Marten_
                                                      J. THOMAS MARTEN, JUDGE