IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                  Case No. 07-10034-01-JWB

ACE A. ALDERSHOF,

        Defendant.

**MEMORANDUM AND ORDER**

This matter is before the court on Defendant's motion for early termination of supervised release. (Doc. 180.) The United States is opposed to the motion, as is the United States Probation Office. (*Id.* at 1.) For the reasons stated below, the court concludes the motion for early termination of supervision should be DENIED.

The motion notes that Defendant has completed over half of his four-year term of supervised release and argues his circumstances warrant termination of further supervision. Defendant points out his employment history has been good. (Doc. 180 at 3-4.) He concedes he had "some missed UAs" early in his supervision, was convicted of not having a driver's license in his possession and leaving the scene of an accident, and had his license suspended. (*Id.* at 4.) Defendant argues he has since paid off his fines, has a valid license, and has adjusted to supervision. (*Id.*)

Under 28 U.S.C. § 3583(e), the court may terminate a defendant's supervised release after one year of supervision, "if it is satisfied that such action is warranted by the conduct of the defendant released and the interests of justice." *Id.* After considering the relevant factors in

§ 3553(a), the court concludes the motion to terminate supervision should be denied. Given Defendant's prior history of violence, his performance while on supervision, and all of the other relevant circumstances, the court believes Defendant would benefit from continued supervision.

IT IS THEREFORE ORDERED this 12th day of December, 2019, that Defendant's motion for early termination of supervision (Doc. 180) is DENIED.

_____s/ John W. Broomes_____
JOHN W. BROOMES
UNITED STATES DISTRICT JUDGE